UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KIM CRAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> vs.<br><br>DEBT RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No.: 13-cv-1091<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Aaron E. Goodstein |

  THE PLAINTIFF, Kim Craig, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 17th day of December 2013.  s/ John D. Blythin
                    John D. Blythin (SBN: 1046105)
                    ADEMI & O'REILLY, LLP
                    3620 East Layton Avenue
                    Cudahy, WI 53110
                    jblythin@ademilaw.com
                    tel (414) 482-8000
                    fax (414) 482-8001